UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JOHN WISE                                              JURY TRIAL DEMANDED

v.                                                     CASE NO.  3:16CV

ATLANTIC CREDIT & FINANCE, INC.
RICHARD WOOLWINE

COMPLAINT

1. This is an action pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. §1692 et seq.

2. This Court has jurisdiction. 15 U.S.C. §1692k; 28 U.S.C. §1331 and §1367.

3. Plaintiff is a natural person and a citizen of Connecticut.

4. The Defendant Atlantic is licensed as a Consumer Collection Agency by the State of Connecticut, Department of Banking.

5. Atlantic regularly buys personal credit card debt from issuing banks for its own account and then attempts to collect it.

6. Atlantic has been a member of a collectors' trade organization, ACA International, since 1997.

7. ACA provides educational and training material to help members comply with the FDCPA.

8. The defendant Woolwine is the Founder, President, and Chief Executive Officer, of Atlantic. Mr. Woolwine adopted, ratified, and approved the collection letter and actions at issue in this matter.

9. The defendants use the mails in regular efforts to collect personal accounts from consumers.

10.     On or about July 5, 2016, Atlantic sent its initial form letter to plaintiff with regard to his personal credit card account which had been "purchased or otherwise assigned" to Midland Funding, LLC.

11.     Plaintiff's account number was visible on the face of the envelope.

12.     Defendants knew or had reason to know that including the account number on the windowed envelope had been held a violation of the FDCPA. <u>Douglass v. Convergent Outsourcing</u>, 765 F.3d 299 (3d Cir. 2014).

13.     On July 7, 2016, defendants' employee told plaintiff that his account would be referred to a local attorney.

14.     On July 11, 2016, defendants' employee asked plaintiff's manager to convey to plaintiff that Atlantic had called.

15.     Defendant's collection efforts violated 15 U.S.C. §1692b, -c(b), -e, -f(8) or –g.

16.     WHEREFORE plaintiff respectfully requests this Court to:

  1. Award plaintiff $1,000 statutory damages under the FDCPA.

  2. Award the plaintiff costs of suit and a reasonable attorney's fee;

  3. Award such other and further relief as law or equity may provide.

                              THE PLAINTIFF

                              *Joanne S. Faulkner*

                              BY_____/s/ Joanne S. Faulkner___
                              JOANNE S. FAULKNER ct04137
                                      123 Avon Street
                                      New Haven, CT 06511-2422
                                      (203) 772-0395
                                      faulknerlawoffice@snet.net